IN THE SUPREME COURT OF THE STATE OF DELAWARE

PLEASANT HARDY, §
§ No. 435, 2024
Defendant Below, §
Appellant, § Court Below—Superior Court
§ of the State of Delaware
v. §
§ Cr. ID Nos. 17010001042 &
STATE OF DELAWARE, § 1701001085 (N)
§
Appellee. §

Submitted: February 3, 2025
Decided: February 24, 2025

## **ORDER**

On December 31, 2024, the Chief Deputy Clerk issued a notice, by certified mail, directing the appellant to show cause why this appeal should not be dismissed for his failure to file an opening brief by the filing deadline of November 27, 2024. Postal records showed that no authorized recipient was available to receive the notice so the notice was re-sent by first class mail on January 21, 2025. A timely response to the notice to show cause was due by January 31, 2025. To date, the appellant has not filed an opening brief or responded to the notice to show cause. Dismissal of this appeal is therefore deemed to be unopposed.

NOW, THEREFORE, IT IS ORDERED, under Supreme Court Rules 3(b)(2) and 29(b), that this appeal is DISMISSED.

BY THE COURT:

*/s/ Gary F. Traynor*
Justice